**Order entered March 17, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01597-CV

**CARL "STACEY" NEESE, INDIVIDUALLY AND A/N/F OF LOGEN NEESE, CAMERON NEESE, ET AL., Appellants**

**V.**

**TED B. LYON, MARQUETTE WOLF, ET AL., Appellees**

**On Appeal from the 382nd Judicial District Court
Rockwall County, Texas
Trial Court Cause No. 1-13-61**

## ORDER

We **GRANT** appellees' March 14, 2014 second motion to extend time for filing brief and **ORDER** the brief be filed no later than April 15, 2014. Appellees are cautioned that no further extensions will be granted absent exigent circumstances.

/s/     ELIZABETH LANG-MIERS
       JUSTICE